United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMA-GABRIELE M. DUMONT-DEMIRSU, Plaintiff, | § § § § § | CIVIL ACTION NO 4:21-cv-00585 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| LDC LLC, Defendant. | § § § | |

## ORDER

The Court is advised that the parties have settled their dispute in conference before Magistrate Judge Christina A. Bryan.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate her claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on October 21, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge